No. 954. Public Service Company of Indiana et al. *v.* City of Lebanon. March 16, 1942. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *McGovern* v. *New York City,* 229 U. S. 363; *Roberts* v. *New York City,* 295 U. S. 264; *Shriver* v. *Woodbine Savings Bank,* 285 U. S. 467; *Pennsylvania Hospital* v. *Philadelphia,* 245 U. S. 20; *Violet Trapping Co.* v. *Grace,* 297 U. S. 119. *Messrs. William P. Evans, Edmond W. Hebel,*

*Willett H. Parr, Willett H. Parr, Jr., Ara Allen Parr,* and *Elza O. Rogers* for appellants. *Mr. Roscoe Hollingsworth* for appellee.